UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, CHIEF U.S.D.J.**

DATED: 9/11/15          TIME: 11:15-11:18

CRIMINAL CAUSE FOR: Status Conference (fugitive)

DOCKET #: CR14-607

DEFENDANT: Orlando Gutierrez-Rendon          ATTORNEY:

DEFENDANT:          ATTORNEY:

DEFENDANT:          ATTORNEY:

ASSISTANT U.S. ATTORNEY: Margaret Lee

COURT REPORTER: Mary Agnes Drury

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:          DEPUTY: C. Riquelme

Conference held.

Govt reports extradition proceedings remain pending.

Further conference set for 1/8/16 at 10 am.